**In the United States Bankruptcy Court**
**Western District of Michigan**

In Re:

JOHN-RAY W NELSON V
1100 MT ROYAL DR #1B
KALAMAZOO, MI  49009

Chapter 13
Case No. DK-25-03624

**Trustee's Notice of Intent to Pay Claims**

Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for this case was February 28, 2026.  The claims received and the court's claim register have been examined.  The Trustee finds that the following claims were filed timely.  The claim amount is in the "Amount" column.

All creditors classified as an "unsecured" creditor could receive a dividend less than 100%.  Changes inherent in a base plan could cause this percentage to fluctuate.  Please refer to the plan for an estimated dividend.

**Filed Claims**

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Redmond & Redmond Plc<br>480 W Lovell St<br>Kalamazoo,Mi 49007 | $2,900.00 | ATTORNEY FEE<br>Acct No: XXXXXXXXXXXX |
| Us Bankruptcy Court Clerk<br>Filing Fee<br>1 Division Ave Nw Room 200<br>Grand Rapids,Mi 49503 | $313.00 | FILING FEE<br>Acct No: XXXXXXXXXXXX |
| State Of Michigan<br>Dept Of Treasury/Bankruptcy<br>Po Box 30168<br>Lansing,Mi 48909 | $5,303.88 | PRIORITY CREDITOR<br>Acct No: XXXXXXXXXXXX9022 |
| Ignite Credit Union<br>211 36Th St Sw<br>Wyoming,Mi 49548 | $2,679.25 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX6735 |
| Ignite Credit Union<br>211 36Th St Sw<br>Wyoming,Mi 49548 | $2,973.00 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX6735 |
| Avis Rent A Car System Inc<br>17251 W 12 Mile Rd Ste 100<br>Southfield,Mi 48076 | $22,383.63 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX0894 |

| | | |
|---|---|---|
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,Va 23541 | $1,153.95 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX9639 |
| Consumers Energy Company<br>Attn: Legal Department<br>One Energy Plaza<br>Jackson,Mi 49201 | $1,831.40 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX9622 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,Va 23541 | $1,721.79 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX8092 |
| Jefferson Capital Systems Llc<br>Po Box 772813<br>Chicago,Il 60677-2813 | $1,322.51 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX0001 |
| T-Mobile<br>% American Infosource Lp<br>Po Box 248848<br>Oklahoma City,Ok 73124-8848 | $400.93 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX2405 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,Va 23541 | $510.48 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX2571 |
| Ignite Credit Union<br>211 36Th St Sw<br>Wyoming,Mi 49548 | $7,156.45 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX6735 |
| State Of Michigan<br>Dept Of Treasury/Bankruptcy<br>Po Box 30168<br>Lansing,Mi 48909 | $1,250.00 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX9022 |
| Ignite Credit Union<br>211 36Th St Sw<br>Wyoming,Mi 49548 | $12,375.00 | SECURED CREDITOR/VEHICLE<br>Acct No: XXXXXXXXXXXX6735 |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

The debtor is hereby notified to immediately file an objection to any creditor listed, that debtor objects to being paid by the Trustee.  If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13 Plan.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors.  The Trustee will make no payments to these creditors.

## Creditor with No Claim on Record

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Allegan County Foc<br>113 Chestnut<br>Allegan Mi 49010 | $0.00 | PRIORITY CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $3,000.00 |
| Kalamazoo County Foc<br>201 West Kalamazoo<br>Kalamazoo Mi 49007 | $0.00 | PRIORITY CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $1,400.00 |
| American First Finance<br>Po Box 565848<br>Dallas Tx 75356 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $2,234.00 |
| Bronson<br>Dept 771700<br>P.O. Box 77000<br>Detroit Mi 48277-1700 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $2,000.00 |
| Finance Systems Inc<br>5703 National Road East<br>Richmond In 47374 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $1,533.00 |
| Honor Credit Union<br>749 Phillips<br>South Haven Mi 49090 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $662.00 |
| I.C. System<br>P.O. Box 64378<br>444 E Highway 96<br>St. Paul Mn 55164-0378 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $215.00 |
| Kohl'S Capital One<br>P.O. Box 4069<br>Carol Stream Il 60197 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $1,197.00 |
| Express Auto<br>2828 Stadium Dr<br>Kalamazoo Mi 49008 | $0.00 | SECURED CREDITOR/VEHICLE<br>Acct No:  XXXXXXXXXXX |
| | | **Scheduled Amount**   $11,900.00 |

   Tax creditors have until 06/18/2026 to file a timely filed claim.  If we receive a tax claim you will receive a notice.

The Standing Chapter 13 Trustee reports that timely filed allowed claims will be included in distribution of dividends under debtor's plan.

Dated: June 22, 2026                                              /s/ Kurt A. Steinke

CC:

JOHN-RAY W NELSON V
1100 MT ROYAL DR #1B
KALAMAZOO, MI  49009


REDMOND & REDMOND PLC
480 W LOVELL ST
KALAMAZOO,  MI  49007


PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtor and to the Bankruptcy Court Clerk and Debtor's  Attorney via ECF notice on June 22, 2026 by Carol Miller.