**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE: JOHN-RAY W NELSON V
1100 MT ROYAL DR #1B
KALAMAZOO, MI 49009

CASE NO: DK-25-03624
Chapter 13
HON. SCOTT W. DALES
Filed: December 20, 2025

Confirmed: March 23, 2026

# TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

NOW COMES, Kurt A. Steinke, Chapter 13 Trustee ("Trustee") and files his Motion to Dismiss for the following reasons:

FAILURE TO MAKE PAYMENTS WHICH IS A MATERIAL DEFAULT WITH RESPECT TO THE TERMS OF THE CONFIRMED PLAN PURSUANT TO 11 USC 1307(C)(6). THE LAST PAYMENT OF $250.00 WAS RECEIVED ON JUNE 5, 2026. PAYMENTS SHOULD BE $839.23 MONTHLY. THE PLAN ARREARS ARE ESTIMATED AT $3,104.61. FAILURE TO PROVIDE THE 2025 FEDERAL, STATE AND CITY (IF APPLICABLE) INCOME TAX RETURNS AND REFUNDS TO THE EXTENT THEY EXCEED THE AMOUNT TO BE RETAINED PER THE PLAN, PURSUANT TO 11 USC 1307(C)(6) WHICH IS ALSO A MATERIAL DEFAULT WITH RESPECT TO A TERM OF A CONFIRMED PLAN.

WHEREFORE, your Trustee respectfully prays:

A. That this Court enter an Order dismissing the Debtor's Chapter 13 Case.

B. That this Court grant such other relief as it finds just and equitable.

C. Upon dismissal of the Chapter 13 case, the Trustee has cause pursuant to 11 U.S. C. § 349(b) and may retain any funds on hand for such time as is necessary to accommodate the dishonor or recall period appropriate to the method of payment received.

July 30, 2026

/s/ Kurt A. Steinke

Kurt A. Steinke (P44538)
CHAPTER 13 TRUSTEE
P. O. Box 51109
Kalamazoo, MI 49005
(269)343-0305

This document has been electronically filed with the Court and the Attorney for Debtor and mailed to the Debtor.

Attorney for Debtor:

REDMOND & REDMOND PLC
480 W LOVELL ST
KALAMAZOO, MI 49007

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

JOHN-RAY W NELSON V
1100 MT ROYAL DR #1B
KALAMAZOO, MI 49009

CASE NO: DK-25-03624
Chapter 13
HON. SCOTT W. DALES
Filed: December 20, 2025

# NOTICE OF MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee has filed a Motion to Dismiss in the above captioned proceeding. A copy of said Motion is attached to this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Debtor may file a written objection to the Trustee's Motion to Dismiss with:

Clerk of the Bankruptcy Court
One Division Avenue N
Room 200
Grand Rapids, MI 49503

AND

Kurt A. Steinke
Chapter 13 Trustee
P. O. Box 51109
Kalamazoo, MI 49005
(269)343-0305

In compliance with Local Bankruptcy Rule 9013(d) and Federal Rules of Bankruptcy Procedure 9013 and 9014, said written objection shall be filed within thirty (30) days from the date of service of the Trustee's Motion. If an objection is filed, a hearing will be held on October 21, 2026 at 9:00 am at the Bankruptcy Court, US Courthouse & Federal Building - Room 114, 410 W. Michigan Ave., Kalamazoo, Michigan. If a proper objection is not timely filed the Trustee may file with the Court an Affidavit of No Response together with a proposed Order to Dismiss. The Court shall enter the Order without a hearing upon receipt of the Affidavit.

Served by: BJH on: 07/30/2026

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE: JOHN-RAY W NELSON V

CASE NO: DK-25-03624
Chapter 13
HON. SCOTT W. DALES
Filed: December 20, 2025

## PROOF OF SERVICE

On the date below, I mailed a copy of the TRUSTEE'S MOTION TO DISMISS by regular first class mail to Debtor and electronic service on Debtor's Attorney.

JOHN-RAY W NELSON V
1100 MT ROYAL DR #1B
KALAMAZOO, MI 49009

REDMOND & REDMOND PLC
VIA ECF NOTIFICATION

I declare that the above statements are true to the best of my information, knowledge, and belief.

Dated: July 30, 2026

/s/ Beckie Hadley

Assistant to Kurt A. Steinke
Chapter 13 Trustee
P. O. BOX 51109
KALAMAZOO, MI 49005
(269)343-0305